Robyn B. Sokol (State Bar Number 159506)
robyn.sokol@stinson.com
STINSON LLP
1901 Avenue of the Stars
Suite 450
Los Angeles, California 90067
Telephone:    310.730.7020
Facsimile:    310.730.7019

Attorneys for Tree Lane LLC
Debtor and Debtor-in-Possession

**FILED & ENTERED**

**FEB 03 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY evangeli  DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>TREE LANE LLC,<br><br>          Debtor.<br><br>TREE LANE LLC,<br><br>          Plaintiff,<br>v.<br><br>ZACHARY VELLA, an individual,<br><br>          Defendant | Case No. 2:24-bk-13201-BB<br><br>Adv. Case No. 2:24-ap-01259-BB<br><br>Chapter 11<br><br>**SCHEDULING ORDER**<br><br>DATE: January 27, 2026<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1539<br>255 East Temple Street<br>Los Angeles, California 90012 |

The status conference in the above captioned Adversary Proceeding came on for hearing before this Court on January 27, 2026 at 2:00 p.m., the Honorable Sheri Bluebond, United States Bankruptcy Judge presiding. All appearances were made as noted on the record. The Court reviewed the Joint Status Report filed on January 13, 2026 [Adv. Docket No. 57], and having considered the arguments of counsel, the record in the above captioned adversary proceeding and bankruptcy case and finding good cause appearing therefor,

**IT IS HEREBY ORDERED** that a continued status conference in the above captioned adversary proceeding is scheduled for May 5, 2026 at 2:00 p.m.;

**IT IS FURTHER ORDERED** that the parties shall file a joint status conference report by April 21, 2026; and,

**IT IS FURTHER ORDERED** that the discovery cut-off date is November 30, 2026.

###

Date: February 3, 2026

Sheri Bluebond
United States Bankruptcy Judge